(87 South. 409)

### BLAKEY v. STATE. (4 Div. 903.)

(Supreme Court of Alabama. Dec. 16, 1920.)

Certiorari to Court of Appeals.

Lon Blakey was convicted of distilling whisky. The judgment of conviction was affirmed by the Court of Appeals (17 Ala. App. 581, 87 South. 408), and he brings certiorari. Writ denied.

McDowell & McDowell, of Eufaula, for appellant.

J. Q. Smith, Atty. Gen., for the State.

SOMERVILLE, J. Petition of Lon Blakey for certiorari to the Court of Appeals, to review and revise judgment of said court rendered in the appeal of Lon Blakey v. State of Alabama, 17 Ala. App. 581, 87 South. 408.

Writ denied.